IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MICHAEL JAMES NISSEN,

    Plaintiff,

v.                                                                       No. 21-cv-0546 WJ/SMV

FNU NILIUS,

    Defendant.

## ORDER TO CURE DEFICIENCY

THIS MATTER is before the Court on Plaintiff's Prisoner Civil Complaint [Doc. 1], docketed on June 14, 2021. The filing is deficient because Plaintiff failed to prepay the $402 filing fee or, alternatively, file a motion to proceed *in forma pauperis* along with a six-month inmate account statement. *See* 28 U.S.C. § 1915(a)(2). Plaintiff must cure that deficiency **no later than July 15, 2021**. All filings should include the case number (21-cv-0546 WJ/SMV). The failure to timely comply with this Order will result in dismissal of this case without further notice.

**IT IS THEREFORE ORDERED** that, **no later than July 16, 2021**, Plaintiff either prepay the $402 filing fee or file a motion to proceed *in forma pauperis* along with an inmate account statement showing transactions between **December 14, 2020**, and **June 14, 2021**.

**IT IS FURTHER ORDERED** that the Clerk's Office **MAIL** Plaintiff a blank *in forma pauperis* motion.

**IT IS SO ORDERED.**

                                                                      **STEPHAN M. VIDMAR**
                                                                      **United States Magistrate Judge**